# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Case Nos. 01-11628 through 01-11639 |
| NationsRent, Inc., et al.,[1] | : | (PJW) |
| | : | Jointly Administered |
| Debtors. | : | Chapter 11 |
| _____ | : | |
| | : | |
| NationsRent Unsecured Creditor's | : | |
| Liquidating Trust, Perry Mandarino, not | : | |
| personally, but as Trustee, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action Numbers: |
| | : | |
| C. G. & E. | : | 04-802-*** |
| | : | |
| Vic's Tire Service | : | 04-804-*** |
| | : | |
| Columbus Equipment | : | 04-998-*** |
| | : | |
| Creative Financial | : | 04-1021-*** |
| | : | |
| 3-D/Coastal Oil | : | 04-1033-*** |
| | : | |
| Igloo Products Corp. | : | 04-1042-*** |
| | : | |
| Nationswide Rental | : | 04-1069-*** |
| | : | |
| Buckeye Tire & Service | : | 04-1072-*** |
| | : | |
| EMC Corp. | : | 04-1090-*** |
| | : | |
| Stewart & Stevenson | : | 04-1101-*** |
| | : | |
| World Wide Welding | : | 04-1103-*** |
| | : | |
| Don's Tire Service | : | 04-1106-*** |

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP.

|                    |   |              |
|--------------------|---|--------------|
| Interstate Battery | : | 04-1182-\*\*\* |
| Truck Lease Corp.  | : | 04-1198-\*\*\* |
|     Defendants.    | : |              |

## ORDER

At Wilmington this **22nd** day of **February, 2007**.

IT IS ORDERED that a status teleconference has been scheduled for **Monday, March 19, 2007 at 3:30 p.m.** with Magistrate Judge Thynge. **Counsel for the Trust shall initiate the teleconference call and shall provide Judge Thynge with a list of participants and the parties they represent.** Counsel are to advise counsel for the Trust on or before **Thursday, March 15, 2007**, the names of those participating and the parties they represent.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE