## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 6th day of March, 2007, I caused a true and correct copy of the **Stipulation of Voluntary Dismissal**, to be served upon the party listed below in the manner indicated.

**VIA FIRST CLASS MAIL**

Sam O. Simmerman, Esquire
*Krugliak, Wilkins, Griffiths & Dougherty Co., L.P.A.*
4775 Munson Street, N.W.
P.O. Box 36963
Canton, OH 44735-6963

                                                                                             _____
                                                                                             Mary E. Augustine (No. 4477)